ZEBINA CAMPOS v. UNIVERSAL CHAIN COMPANY.

February 5, 1979. Petition for certification denied. (See 163 *N. J. Super.* 573)

ELIAS FAHMIE, JR. v. K. ELIZABETH WULSTER.

February 5, 1979. Petition for certification granted.

HILDA UNIGLICHT v. DENNIS J. BARILE.

February 5, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH ROBERTS.

February 5, 1979. Petition for certification denied.

LARRY L. HOLUB v. GARY J. HILTON.

February 5, 1979. Petition for certification denied.

EMORY X. JOHNSON v. GARY J. HILTON.

February 5, 1979. Petition for certification denied.